IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PHOENIX PROPERTIES, LLC, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>WILLIAM L. BIGGS, et al., )<br>)<br>Defendant. ) | 8:07CV46<br><br>ORDER |

This matter is before the court on the December 12, 2007 letter from counsel for the plaintiffs requesting that the telephone planning conference scheduled for December 14, 2007, at 9:30 a.m. be continued. Upon consideration, the request is granted as set forth below.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **December 28, 2007, at 9:00 a.m.**. Plaintiffs' counsel shall initiate the telephone conference.

DATED this 12th day of December, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge