## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PHOENIX PROPERTIES, LLC, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **8:07CV46** |
| vs. ) | |
| ) | **ORDER** |
| **WILLIAM L. BIGGS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the court following a telephone conference with counsel for the parties on December 28, 2007.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **January 31, 2008, at 9:00 a.m.** Plaintiff's counsel shall initiate the telephone conference.

DATED this 28th day of December, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge